In care of"
Audrey Ann Annis
5710 Lucca Ct. 93308
Bakersfield, CA 00000
1/7/2022

FILED

JAN 12 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# IN THE DISTRICT COURT OF THE UNITED STATES
# DISTRICT OF CALIFORNIA CIVIL DEPARTMENT

      Audrey Ann Annis ]

   Plaintiff ]

    v.s  ]                **Demand For A Trial By Jury**

Officer/Trustee Sales Representative: Rachel Hamilton ]

Prosecutor: Tiffany & Bosco, P.A., agent of National Default Servicing Corporation]

Lender: Select Portfolio Servicing Inc.

                                     Case No. *1:22-CV-00051-DAD-SKO*

State Of California ]

   Defendant's ]

## 20- MILLION DOLLAR CLAIM UNDER 42 U.S. CODE SEC. 1983 ACTION FOR DEPRAVATION OF CIVIL RIGHTS, VIOLATION OF THE "TUCKERS ACT" CODIFIED AT 28 U.S.C. SEC. 1346 (a) AND 1491, AND VIOLATION OF THE ADMINISTRATION PROCEDURES ACT OF 1946 AT 5 USC §551 et seq. THIS CLAIM IS ALSO FOR VIOLATION OF DUE PROCESS

[ "Cujusque Rei Potissima Pars"][The Principle Part Of Everything Is In The Beginning]

Comes Now Plaintiff Audrey Ann Annis, to file his Civil Claim. The claim is brought forward in **Common Law, "Administrative Law," "Law," "Equity," and Under the Uniform Commercial Code.** This 42 U.S. Code Sec. 1983 Civil Action Claim is for Depravation of Civil Right Under Color of Law. This claim is for 20-Million Dollars, to revoke the state court judge's

license to practice law, to be granted the Prosecutor's Assets, to be granted judgment in full to be paid collectively. The Plaintiff also demands complete control of the state court's corporate charter and to have all records of the alleged traffic infraction/arrest removed from the record including any jail time.

The also plaintiff demands the court to order the police officer not to have contact with the plaintiff without a police corporate supervisor present. If the plaintiff is involved in a traffic stop in the future, he/she demand the court to order the police corporate supervisor to be present before contact. Municipal court has no jurisdiction to make judicial determination because court gets its jurisdiction from the city ordinance.

No corporation can legally give its self-judicial authority. It appears traffic court judge is not a real judge with legal judicial authority and is participating in the misconduct of making a legal determination as an administrative judge without jurisdiction. The plaintiff did not get a fair and impartial procedure in the municipal court or state court process. The right of any public body to determine its own rules of procedure must be exercised in conformity with existing laws. See: Heiskell v. City of Baltimore (1888}, 86 Md. 126, Atl. 116. A legislative body cannot make a rule which evades or avoids the effect of a rule prescribed by the constitution or statutes governing it, and it cannot do by indirection what it cannot do directly. See: Crawford v. l~Uchrfet (1912}, 64 P'Ia. 4I, SS So. 983; Can- 6etd ~. G}resham (1881), 82 Tez. 10, 17 S.W. 390; Tayloe v. Davis (1924), 212 Ala. 282, 102 90. 433 ; Brennan v. Con- Aou~ (ie~e), gar a~icn, sa, 173 N.W. sii.

### The Following Fatal Flaws Blocked Traffic Court's Jurisdiction

1. The police officer violated the Separation Clause in the Constitution when she signed the summons (ticket) for the plaintiff to appear in court.

2. The illegal signing cause a "Due Process" violation when the court proceeded with the court processes and local rules.

3. The players in the court all have a conflict of interest because they all are being paid by the same corporation.

4. There is no injured party, and the officer violated the Constitution and therefore has no credibility to testify.

5. The prosecutor has no witness.

6. Ordinances and statutes are not valid laws because they do not have the three elements the state constitution mandates must be present to be a valid law.

## Statement of Jurisdiction:

Federal courts are authorized to hear cases brought under section 1983 pursuant to two statutory provisions: 28 U.S.C.A. § 1343(3) (1948) and 28 U.S.C.A. § 1331 (1948). The former statute permits federal district courts to hear cases involving the deprivation of civil rights, and the latter statute permits federal courts to hear all cases involving a federal question or issue. Cases brought under section 1983 may therefore be heard in federal courts by application of both jurisdictional statutes. The Cause of Action can be found at 5 USC §702.

## 42 U.S. Code § 1983 - Civil Action For Deprivation Of Rights

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be a statute of the District of Columbia.

## The Tuckers Act:

Tucker Act exposes the government to liability for certain claims. Specifically, the Act extended the original Court of Claims' jurisdiction to include claims for liquidated or unliquidated damages arising from the Constitution (including takings claims under the Fifth Amendment), a federal statute or regulation and claims in cases not arising in tort. The relevant text of the Act is

codified in 28 U.S.C. §§ 1346(a) and 1491. The Tucker Act (March 3, 1887, ch. 359, 24 Stat. 505, 28 U.S.C. § 1491) is a federal statute of the United States by which the United States government has waived its sovereign immunity with respect to lawsuits pertaining to 5th Amendment violations of due process.

### The Plaintiff Is A State Citizen Of The Republic State Of California:

The Plaintiff is a citizen of the Republic State of California and as such is not subject to a corporate policies and rules without an injured party, and without an order from a judicial judge. **See: Exhibit A-** A copy of the plaintiff's affidavit of state citizenship, and a copy of his birth certificate and passport card verifying his state citizenship.

### Short And Plain Statement of The Claim:

The defendant's, acted with deliberate indifferent to the Constitution and federal laws when performed an illegal traffic stop without an injured party. During that stop police officer Rachel Hamilton issues the plaintiff a traffic ticket. The police officer signed the summons as an officer of the court in violation of the "separation of the power clause in the constitution. The defendant's conspired to violate the plaintiff's right UNDER 42 U.S. CODE SEC. 1983, the plaintiff's right to due process. The defendants violated the administrative procedures act of 1946, which in short mandate that corporations and policies must be in harmony with the constitution, and federal laws. The structure of the traffic ticket R.I.C.O. scheme shows it is unconstitutional starting at the gate when the police officer illegally signs in the place of a judicial officer of the court. The officer is trained to proceed illegally and granted incentive when the officer issues a high number of illegal traffic tickets. The plaintiff has been violated by the employee enforcing the city rules, policies. Also, the plaintiff's right to due process is violated by the court's procedures and local rules. The parties in this traffic ticket scheme court have a conflict of interest because they all are being paid by the same state corporation. Municipal court has no legal judicial authority to make a legal determination in an administrative court process.

**Demand For Judgement:**

The plaintiff demands the court to grant judgment for 20- Million Dollars, in compensatory, punitive, and future damages, revoke Tiffany & Bosco, P.A., agent of National Default Servicing Corporation, bond and license to practice law.

**Common Law Claim Elements:**

1. Controversy (The listed defendant)

2. Specific Claim (violation of 18 U.S.C.S 1983)

3. Specific Remedy Sought by Claimant (20- Million)

4. Claim Must be Sworn To (Affidavit of Verification attached), and I will verify in open court that all herein be true.

### Article III Standing

Plaintiff has Article III standing when he shows: (1) an injury in fact, (2) causation, (3) and redressability. The plaintiff will meet the constitutional standing requirements, necessary to suing a state agency under the APA. Plaintiff will show she was injured, and the injury is linked to the defendant's conduct while performing employee duties outlined by the state corporation. The injury was caused by the unconstitutional policing, court procedures and processes, the injury is capable of redress under the civil rights laws. The plaintiff also has an interest within the "zone of interests" protected by federal law governing the agency's actions.

### Remedy:

Every system of civilized law must have two characteristics: Remedy and Recourse. Remedy is a way to get out from under that law, and you recover your loss. The Common Law, the Law Merchants, and even the Uniform Commercial Code all have remedy and recourse. The Remedy and Recourse are found in the UCC. They are found right in the first volume, at 1-308 (old 1-207) and 1-103.

## Recourse:

Recourse appears in the Uniform Commercial Code at 1-103.6, which says: The Code is complimentary to the Common Law, which remains in force, except were displaced by the code. A statute should be construed in harmony with the Common Law unless there is a clear legislative intent to abrogate the Common Law. The plaintiff is a 'State" citizen of the Republic State of California, and therefore not therefore subject to the state court's statutory jurisdiction without an injured party.

## The Defendant's Liability:

Plaintiff will prove that an **"actions pursuant to official agency policy"** caused her injuries). The Supreme Court has emphasized that "[w]here a plaintiff claims that the agency . . . has caused an employee to [violate plaintiff's constitutional rights], rigorous standards of culpability and causation must be applied to ensure that the agency is not held liable solely for the actions of its employee." *Brown*, 520 U.S. at 405.

Tiffany & Bosco, P.A., agent of National Default Servicing Corporation, and Rachel Hamilton the officer/Trustee Sales Representative, and Lender: Select Portfolio Servicing Inc.- official's (the defendant's), through the official own individual actions, have violated the Constitution." *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1948 (2009); *see also Starr v.Baca*, No. 09-55233, --- F.3d ---, 2011 WL 2988827, at *2-*3 (9th Cir. July 25, 2011). The constitutional deprivation the plaintiff suffered was the product of a policy or custom of the local governmental unit because an agency's liability must rest on the actions of the agency, and not the actions of the employees of the agency. *See Brown*, 520 U.S. at 403; *City of Canton*, 489 U.S. at 385; *Monell*, 436 U.S. at 690-91; *Fogel*, 531 F.3d at 834; *Webb*, 330 F.3d at 1164; *Gibson*, 290 F.3d at 1187; *Hopper*, 241 F.3d at 1082; *Blair v. City of Pomona*, 223 F.3d 1074, 1079 (9th Cir. 2000); *Oviatt v. Pearce*, 954 F.2d 1470, 1473-74 (9th Cir. 1992). See also *Connick v. Thompson*, 131 S. Ct. 1350, 1359 (2011) 4,

### Policies

"Official agency's policy includes the decisions of a government's lawmakers, the acts of its policymaking officials, and practices as persistent and widespread as to practically have the force of law." *Connick v. Thompson*, 131 S. Ct. 1350, 1359 (2011).

### Agency's Customs

The plaintiff will establish the agency's liability upon a showing that there is a permanent and well-settled practice by the agency which gave rise to the alleged constitutional violation. *See City of St. Louis v. Praprotnik*, 485 U.S. 112, 127 (1988); *Navarro v. Block*, 72 F.3d 712, 714-15 (9th Cir. 1996); *Thompson v. City of Los Angeles*, 885 F.2d 1439, 1444 (9th Cir. 1989), *overruled on other grounds by Bull v. City & County of San Francisco*, 595 F.3d 964 (9th Cir. 2010). Once the plaintiff, has demonstrated that a custom exists, the plaintiff need not also demonstrate that "official policy-makers had actual knowledge of the practice at issue." *Navarro*, 72 F.3d at 714-15; *Thompson*, 885 F.2d at 1444.

### Pleading Standard

There is no heightened pleading standard with respect to the "policy or custom" requirement of demonstrating agency's liability. *See Leatherman v. Tarrant County Narcotics Intelligence & Coordination Unit*, 507 U.S. 163, 167-68 (1993); *see also Empress LLC v. City of San Francisco*, 419 F.3d 1052, 1055 (9th Cir. 2005); *Galbraith v. County of Santa Clara*, 307 F.3d 1119, 1124 (9th Cir. 2002); *Lee v. City of Los Angeles*, 250 F.3d 668, 679-80 (9th Cir. 2001); *Evans v. McKay*, 869 F.2d 1341, 1349 (9th Cir. 1989).

### Acting under Color of State Law

The question of whether a person who has allegedly caused a constitutional injury was acting under color of state law is a factual determination. *See Brunette v. Humane Soc'y of Ventura County*, 294 F.3d 1205, 1209 (9th Cir. 2002); *Gritchen v. Collier*, 254 F.3d 807, 813 (9th Cir. 2001); *Lopez v. Dep't of Health Servs.*, 939 F.2d 881, 883 (9th Cir. 1991) (per curiam); *Howerton v. Gabica*, 708 F.2d 380, 383 (9th Cir. 1983). A defendant has acted under color of state law where he or she has "exercised power 'possessed by virtue of state law and made possible only because the wrongdoer is clothed with the authority of state law.'" *West v. Atkins*,

487 U.S. 42, 49 (1988) (quoting *United States v. Classic*, 313 U.S. 299, 326 (1941)); *see also Polk County v. Dodson*, 454 U.S. 312, 317-18 (1981); *Anderson v. Warner*, 451 F.3d 1063, 1068 (9th Cir. 2006); *McDade v. West*, 223 F.3d 1135, 1139-40 (9th Cir. 2000); *Johnson v. Knowles*, 113 F.3d 1114, 1117 (9th Cir. 1997); *Vang v. Xiong*, 944 F.2d 476, 479 (9th Cir. 1991); *see also Florer v. Congregation Pidyon Shevuyim, N.A.*, 639 F.3d 916, 922 (9th Cir. 2011).

"Actions taken pursuant to a agency's rules or policies are made 'under color of state law.'" *See Coral Constr. Co. v. King County*, 941 F.2d 910, 926 (9th Cir. 1991). Even if the deprivation represents an abuse of authority or lies outside the authority of the official, if the official is acting within the scope of his or her employment, the person is still acting under color of state law. *See Anderson*, 451 F.3d at 1068-69; *McDade*, 223 F.3d at 1140; *Shah v. County of Los Angeles*, 797 F.2d 743, 746 (9th Cir. 1986). However, "[i]f a government officer does not act within [the] scope of employment or under the color of state law, then that government officer acts as a private citizen." *See Van Ort v. Estate of Stanewich*, 92 F.3d 831, 835 (9th Cir. 1996) (finding no action under color of state law where a police officer returned to a home where a search had taken place the day before, forced his way in, and tortured the two people residing in the home); *see also Gritchen*, 254 F.3d at 812-13; *Huffman v. County of Los Angeles*, 147 F.3d 1054, 1058 (9th Cir. 1998); *Johnson*, 113 F.3d at 1117-18.

### Affirmative Cause Link

Plaintiff has established an affirmative causal link between the agency's policy or practice and the alleged constitutional violation. *See City of Canton, Ohio v. Harris*, 489 U.S. 378, 385, 391-92 (1989); *Van Ort v. Estate of Stanewich*, 92 F.3d 831, 835 (9th Cir. 1996); *Oviatt v. Pearce*, 954 F.2d 1470, 1473-74 (9th Cir. 1992).

### The Administrative Procedures Act. Of 1946

The defendants violated The "ADMINISTRATIVE PROCEDURES ACT AT 5 USC §551 et seq. (1946). This Federal Law was "Enacted" into law in 1946, and the key to this law is it states the governments administrative policies must be in harmony with the Constitution. The administrative procedures act mandates in part "non-legislative rules" such as guidance, guidelines, agency staff manuals, staff instructions, opinion letters, and press releases are called "statements of policy" or "guidance." (The two terms are not synonyms, only closely correlated: statements of policy are almost always issued in documents classified as guidance, and guidance

documents to the public often include statements of policy.) Guidance and statements of policy are not legally binding on the public because they have not gone through the required procedures to become "legislative" regulations binding on the public (depending on the rule, hearing, notice, comment, publication). However, when stated in mandatory language, they can bind the agency itself. They have only hortatory effect on the public, the plaintiff is challenging the court's (agency's) right to enforce their policy (statute) statement or guidance rules on a state citizen without jurisdiction, an injured party, due process and without an order from a judicial judge. The fact the police ticketing process is structured in violation of the rights of state citizens is a clear showing the process is not structured to be constitutional, and clearly is in violation, of the administrative procedures act as the agency's policies and rules violate the constitution.

The plaintiff demands a Judicial review of the defendant's misconduct for abuse of discretion, as authorized by the US Administrative Procedures Act. of 1946.

**Parties- Corporations**

a. Tiffany & Bosco, P.A., agent of National Default Servicing Corporation is a resident of the court's jurisdiction.

b. Officer/Trustee Sales Representative Rachel Hamilton, and Lender Select Portfolio Servicing Inc., is doing business in the court's jurisdiction.

c. The Officer's Bond Insurance.

**Negligence:**

a. The defendant's breached the duty of care owed when issues a summons without an injured party.

b. The defendant also violated the separation clause in the constitution when she signed the summons to appear on behalf of the judicial officer of the court.

c. The police department's normal everyday procedures are clearly in violation of the rights of citizens.

d. The breach of duty caused by the defendant's caused Miss Annis to suffer substantial damages including past and future legal expenses, past and future economic loss.

c. At all times relevant the defendants were acting in the scope of their employment with the police department and the state corporation.

d. Pursuant to the Tucker Act. the court waives immunity for employees violating the rights of state citizens.

e. The defendant's violated the plaintiff's 5th amendment right to due process.

## Claims:

**1st Claim-**

Violation of 42 U.S.C. Sec. 1983

**2nd Claim-**

Violation of the Administrative Procedures Act. Of 1946.

**3rd Claim-**

Violation of the plaintiff's right to Due Process Under the 5th Amendment.

**4th Claim-**

Violation of the Tucker's ACT

**Damages:**

1. Plaintiff adopts and incorporates by reference is if fully set forth herein the document.

2. As a direct and proximate result of the afore-mentioned acts and/or omissions of the defendants, plaintiff is entitled to recover damages. The damages for which Plaintiff seeks compensation for from the defendants, both jointly and severally, include but are not limited to, the following:

a. Physical, mental, and emotional pain, and suffering of Audrey Ann Annis.

b. Punitive damages.

c. All cost, including any and all discretionary cost.

e. The jury be impaneled to try all, and issues joined in the case.

**WHEREFORE**, Plaintiff Audrey Ann Annis, request the following

a. That the court enter a judgment in favor of the plaintiff, and against the defendants on all counts of the Complaint:

b. That the court award compensatory damages in **Gold** to plaintiff, and against the defendants jointly and severally, in an amount to be determined at trial:

c. That the court award punitive damages to the plaintiff, and against the defendants, jointly and severally, in an amount to determine at trial in order that such award will deter similar proscribed conduct by the defendants in the future;

d. That the court award the plaintiff, and against the defendants, prejudgment and post-judgment interest on all sums awarded in this action, and including reasonable legal fees, pursuant to 42.U.S.C. Sec. 1988: and

e. The court award relief immediately.

f. Order the court corporation to allow plaintiff to have a vote in any manners concerning administrative operations.

e. That the court grant the plaintiff such other equitable relief that the court deems appropriate.

### Demand For A Trial By Jury

Comes Now, the plaintiff, and hereby demands jury trial on all issues so triable to a jury.

_____ 1/12/2022

Audrey Ann Annis

Without Prejudice UCC 1-308

11 of 15

## CERTIFICATE OF SERVICE

I hereby certify that on the _____th day of January, 1/12/2022, the foregoing document was filed in Court, and a copy was served on the parties below.

_____ 1/12/2022

Audrey Ann Annis

Without Prejudice UCC 1-308


Audrey Ann Annis **Permanent Address:**

Rural Route Delivery

5710 Lucca Ct. 93308

Bakersfield, California. 00000


Mailed to the following:

Rachel Hamilton: Officer/Trustee Sales Representative

For National Default Servicing Corporation

1455 Frazee Road, Suite 820

San Diego, CA 92108


Tiffany & Bosco, P.A., agent of,

National Default Servicing Corporation

1455 Frazee Road, Suite 820

San Diego, CA 92108


Select Portfolio Servicing, Inc./ Lender

P. O. Box 65250

Salt Lake City, UT 84165

## AFFIDAVIT OF Audrey Ann Annis

**STATE OF CALIFORNIA**

**COUNTY OF KERN**

I, the Affiant, who goes by a man, being of sound mind, and over the age of twenty-one, reserving all rights, being unschooled in law, and who has no BAR attorney, is without an attorney, and having never been re-presented by an attorney, and not waiving assistance of counsel, knowingly and willingly Declares and Duly affirms, in accordance with laws in and for the State of CALIFORNIA, in good faith, and with full intent for preserving and promoting the public confidence in the integrity and impartiality of the government and the judiciary, that the following statements and facts, are true and correct of Affiant's own first-hand knowledge, understanding, and belief, do solemnly declare, and depose and say: The above mentioned case must be transferred in the interest of justice. Other state court judges are participating in the same misconduct and therefore the defendant cannot get a fair and impartial trial in the state court.

FURTHER AFFIANT SAITH NOT.
   I declare under the penalty of bearing false witness before God and as recognized under the laws in and for The State of CALIFORNIA, the Laws of the United States of America, acting with sincere intent and full standing in law, do herewith certify and state that the foregoing contents are true, correct, complete, certain, admissible as evidence, and not intended to mislead anyone, and that Audrey Ann Annis, executes this document in accordance with best knowledge and understanding without dishonor, without recourse; with All rights reserved, without prejudice.

   Done this __12th__ day of January in the year 2022, under penalty of perjury under the laws of the United States of America.

_____
Audrey Ann Annis

SUBSCRIBED AND SWORN to this __12th__ day of, January 2022.

_____
Notary Public; in and for _____

13 of 15

# CERTIFICATE OF LIVE BIRTH
## STATE OF CALIFORNIA—DEPARTMENT OF PUBLIC HEALTH

STATE BIRTH CERTIFICATE NUMBER: 10724
LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER: 3801

**THIS CHILD**
- 1A. NAME OF CHILD—FIRST NAME: Audrey
- 1B. MIDDLE NAME: Ann
- 1C. LAST NAME: Villa
- 2. SEX: Female
- 3A. THIS BIRTH, SINGLE, TWIN, OR TRIPLET: single
- 3B. IF TWIN OR TRIPLET, THIS CHILD BORN 1ST, 2ND, 3RD: —
- 4A. DATE OF BIRTH—MONTH, DAY, YEAR: November 27, 1972
- 4B. HOUR: 12:10 A

**PLACE OF BIRTH**
- 5A. PLACE OF BIRTH—NAME OF HOSPITAL: St. Luke's Hospital
- 5B. STREET ADDRESS: 3555 Army Street
- 5C. INSIDE CITY CORPORATE LIMITS: Yes
- 5D. CITY OR TOWN: San Francisco
- 5E. COUNTY: San Francisco

**MOTHER OF CHILD**
- 6A. MAIDEN NAME OF MOTHER—FIRST NAME: Eva
- 6B. MIDDLE NAME: —
- 6C. LAST NAME (MAIDEN SURNAME): De Leon
- 7. BIRTHPLACE: Texas
- 8. AGE OF MOTHER: 20 YEARS
- 9. COLOR OR RACE OF MOTHER: White
- 10A. RESIDENCE OF MOTHER—STREET ADDRESS: 1115 St. Mary's Avenue
- 10B. INSIDE CITY CORPORATE LIMITS: Yes
- 10C. RESIDENCE OF MOTHER—CITY OR TOWN: San Francisco
- 10D. RESIDENCE OF MOTHER—COUNTY: San Francisco
- 10E. RESIDENCE OF MOTHER—STATE: California

**FATHER OF CHILD**
- 11A. NAME OF FATHER—FIRST NAME: Lee
- 11B. MIDDLE NAME: —
- 11C. LAST NAME: Villa
- 12. BIRTHPLACE: California
- 13. AGE OF FATHER: 45 YEARS
- 14. COLOR OR RACE OF FATHER: White
- 15A. PRESENT OR LAST OCCUPATION: painter
- 15B. KIND OF INDUSTRY OR BUSINESS: Gas & Electric Company

**INFORMANT'S CERTIFICATION**
- 16A. PARENT OR OTHER INFORMANT—SIGNATURE: Eva Villa
- 16B. DATE REVIEWED AND SIGNED BY INFORMANT: 11/27/72

**ATTENDANT'S CERTIFICATION**
- 17A. PHYSICIAN SIGNATURE: C. Chinijas MD
- 17B. DATE SIGNED: 11/27/72
- 17C. ADDRESS: 2555 Ocean Avenue
- 17D. PHYSICIAN'S CALIFORNIA LICENSE NUMBER: A17036

**LOCAL REGISTRAR**
- 19. LOCAL REGISTRAR—SIGNATURE: Francis J. Curry, M.D.
- 20. DATE ACCEPTED FOR REGISTRATION BY LOCAL REGISTRAR: DEC 1 '72

---

THIS IS TO CERTIFY THAT, IF BEARING THE SEAL OF THE SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH, THIS IS A TRUE COPY OF THE DOCUMENT FILED IN THIS OFFICE

NO. 75-09767
DATED: July 29, 1975
SAN FRANCISCO, CALIFORNIA

Francis J. Curry, M.D.
FRANCIS J. CURRY, M.D.
DIRECTOR OF PUBLIC HEALTH
AND LOCAL REGISTRAR

In care of"

Audrey Ann Annis

5710 Lucca Ct. 93308

Bakersfield, CA 00000

1/7/2022

## IN THE DISTRICT COURT OF THE UNITED STATES
## DISTRICT OF CALIFORNIA CIVIL DEPARTMENT

Audrey Ann Annis   ]

   Plaintiff   ]

    v.s   ]

Tiffany & Bosco, P.A.,

National Default Servicing Corporation

Select Portfolio Servicing, Inc.   ]      Case No.

Rachel Hamilton Officer/Trustee

Sales Representative   ]

Defendant's   ]

### MOTION FOR DISCOVERY CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C §1983

COMES Now, Audrey Ann Annis, Pro Per, a resident of the State of California, files this Motion For Discovery in the instant cause, in accordance with Rule 26 of the Federal Rules of Civil Procedure. The power to issue Subpoenas Duces Tecum is also moved herein.

ITEM # DESCRIPTION

1. ...............................................Copies of all work product regarding Cases of Plaintiff

2.................................................Copies of all emails and communications between the prosecutors and the police officer and or police supervisors pertaining to this case.

3................................................. Copies of communication between the defendants and the court clerk pertaining to the state illegal traffic stop.

4....................................…....The original summons illegally signed by the police officer.

5......................................... A certified copy of the police officer's bond and insurance information.

6....................................... The state bond and insurance information.

7.................................. Verification to prove the prosecutor who filed the traffic complaint is registered with the National Attorney General as a foreign agent.

8........................................... Certified copies of the defendant's IRS 8883 Asset Allocations Statement Under Section 338.

9........................................... Certified Asset Acquisition Statement Under Section 1060 of the IRS code.

10.........................................Certified copies of the defendant's IRS statement showing the above-mentioned IRS forms for the last 2-yrs.

_____
Audrey Ann Annis     12/12/2022

15 of 15